UNITED STATES District Court
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES  ) | |
|     Plaintiff  ) | |
| ) | CASE NO: 19-7350-JCB |
| vs.  ) | |
| ) | |
| CRISHANTY AYBAR ARIAS  ) | |
|     Defendant  ) | |

NOTICE OF APPEARANCE

    Now comes Attorney Paul A. Farina and requests that that this Honorable Court allow my appearance to be entered on behalf of Crishanty Aybar Arias.

    Respectfully submitted,

/s/Paul A. Farina
Paul A. Farina, Esq.
23 Main Street
Andover, MA 01810
(978)749-8808
BBO:631406